September 26, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

HECTOR GAINES BARKLEY, III, Appellant

NO. 14-11-00941-CV                                   V.

TEXAS WINDSTORM INSURANCE ASSOCIATION, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Texas Windstorm Insurance Association, signed September 22, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Hector Gaines Barkley, III, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.